UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LORYNN D. SERNA,

    Plaintiff,

v.                                                                                               Civ. No. 16-1176 GJF

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER DENYING MOTION TO FILE EXCESS PAGES

THIS MATTER is before the Court on Plaintiff's "Unopposed Amended Motion for Excess Pages for Brief in Support of Motion to Remand" ("Motion") [ECF No. 14]. Having reviewed the Motion, the Court sees insufficient cause to allow the extension, and finds little to distinguish this case from any other Social Security appeal pending before the Court. The Court further observes that the 27-page limit set forth in Local Rule 7.5 governs dispositive motions in every case, not just Social Security appeals. Given that dispositive motions are normally the most important motions filed in every case, the Court is reluctant to make an exception for the minimal reasons set forth here.

Therefore, the Court **HEREBY DENIES** Plaintiff's Motion [ECF No. 14]. In recognition of the additional time it will take Plaintiff to conform her motion to the Court's order and the Local Rule's limitation, however, the Court *sua sponte* enlarges the time for Plaintiff to file her brief until **March 13, 2017.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE